*In re* PETITION OF CHARLES W. NIXON—(THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MILTON GOLDEN (Impleaded), Defendant-Appellant.)

(No. 59256; ▮▮▮▮▮▮)

First District (1st Division)—April 15, 1974.

▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE EGAN.

▮▮▮▮▮▮

Charles W. Nixon, *pro se.*

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.